[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11643

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 31, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:08-cv-02217-JEC

GLENN A. DUNN,

Plaintiff - Appellee,

versus

DETECTIVE MANUAL NORRINGTON,
Individually and in his official capacity as an officer
of the City of Stone Mountain Police Department,

Defendant - Appellant,

DETECTIVE LAWTON BENJAMIN, et al.,

Defendants.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(January 31, 2011)

Before BLACK, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After review of the parties' briefs and the record, and with the benefit of oral argument, the Court finds no reversible error in the district court's order, dated March 29, 2010, granting the Defendant-Appellant Norrington's motion for summary judgment in part and denying that motion in part. We affirm that decision based on the thorough and well reasoned order of the district court.

**AFFIRMED.**